UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| ANDREA MCSWAIN, | : ECF CASE |
| Plaintiff, | : Civil Action No.: 15 Civ. 9083 |
| - against - | : |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., | : **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : |

-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Andrea McSwain and Defendant Consolidated Edison Company of New York, Inc., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed in its entirety with prejudice, with no award of counsel fees or costs by the Court to any party.

SO STIPULATED:

Dated: New York, New York
April 21 2016

CUTI HECKER WANG LLP

_____
Mariann Wang, Esq.
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2603
mwang@chwllp.com

*Attorneys for Plaintiff*

Dated: New York, New York
April 21, 2016

SEYFARTH SHAW LLP

_____
Lorie E. Almon, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5629
lalmon@seyfarth.com

*Attorneys for Defendant*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

April 22, 2016